**SKEANS, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 26, 1937.)

B. M. JAMES for movant.

HUBERT MEREDITH, Attorney General, and W. OWEN KELLER, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied.

Judgment affirmed.

**BARNES et al., Appellants, v. HIGGINS, Appellee.**

Court of Appeals of Kentucky.

(Decided Oct. 29, 1937.)

HUGH W. LINTON for appellants.

JAMES E. HIGGINS for appellee.

PER CURIAM.

Appeal denied.

Judgment affirmed.